UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

VICKIE GOULET,

        Plaintiff,

                                    Case Number 06-11817-BC
v.                                   Honorable Thomas L. Ludington

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____ /

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND AFFIRMING FINDINGS OF COMMISSIONER

This matter is before the Court on a report issued on January 10, 2007 by Magistrate Judge Charles E. Binder, operating under an order of reference, recommending that the Court deny the plaintiff's motion for summary judgment, grant the defendant's motion for summary judgment, and affirm the findings of the Commissioner. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, the plaintiff did not file any objections. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt # 14] is **ADOPTED**, the plaintiff's motion for summary judgment [dkt # 9] is **DENIED**, the

defendant's motion for summary judgment [dkt # 13] is **GRANTED**, and the Commissioner's findings are **AFFIRMED**.

                                                   s/Thomas L. Ludinginton
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge

Dated: January 29, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 29, 2007.

                                   s/Tracy A. Jacobs
                                   TRACY A. JACOBS

---